# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2011

Robert P. Young, Jr.,
Chief Justice

141520 & (51)

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

CONSTANCE JEDRZEJAS, Individually and
as Personal Representative of the Estate of
RONALD JEDRZEJAS,
          Plaintiff-Appellant,

v

GENESYS REGIONAL MEDICAL CENTER,
          Defendant-Appellee.

SC: 141520
COA: 291327
Genesee CC: 07-087710-NO

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the June 22, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2011

Clerk

y0112